UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

-----------------------------------------------------------------X

WILLIAM COOK, : 07-CV-01486-AKH

                Plaintiff, : **APPEARANCE**

- against -

: **ELECTRONICALLY FILED**
222 BROADWAY, LLC, *et al.*,

               Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       October 3, 2007

                             By:     /s/ Judith R. Cohen
                                                              
                                      Judith R. Cohen (JC-8614)
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Phone: (212) 277-6500
                                      Fax: (212) 277-6501

                                      *Attorney for Defendants*
                                      MERRILL LYNCH & CO., INC. and
                                      222 BROADWAY, LLC